HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>vs.<br><br>NATHANIEL WELLS,<br><br>    Defendant. | Cause No. 18-CR-00131 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER having come before the Court on Defendant's Motion to Seal Motion for Issuance of Subpoena and Service at Public Expense, and good cause appearing,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #284) is GRANTED.

DATED this 2nd day of July, 2018.

*(signature)*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING
MOTION TO SEAL - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Suite 330
Seattle, Washington 98121
(206) 443-0670 Fax: (866) 471-6818