Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF |
| v. | |
| NATHANIEL WELLS, | |
| Defendant | |

THIS MATTER comes before the Court upon the Government's Motion to File Overlength Brief (Dkt. #843). Having considered the motion, and finding good cause,

IT IS ORDERED that the motion is GRANTED. The Court grants the Government permission to file its Response to Nathaniel Wells' Motion to Suppress Evidence in excess of 12 pages, but no more than 15 pages

DATED this 1st day of July, 2019.

_____
The Honorable Richard A. Jones
United States District Judge