Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff<br>v.<br><br>NATHANIEL WELLS,<br><br>                         Defendant | NO. CR18-131 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon Defendant Nathaniel Wells' Motion to Seal Defendant's *Ex Parte* Motion for Appointment of Co-Counsel (Dkt. #844). Having considered the motion, and finding good cause,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #844) is GRANTED. Defendant's *Ex Parte* Motion for Appointment of Co-Counsel shall remain under seal.

DATED this 1st day of July, 2019.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1