Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-131 RAJ |
|---|---|
| Plaintiff | ORDER GRANTING MOTION TO SEAL |
| v. | |
| NATHANIEL WELLS, | |
| Defendant | |

THIS MATTER comes before the Court upon the Government's Motion to Seal Exhibits A and B to the United States' Response to Defendant's Motion to Suppress. Having considered the Government's Motion to Seal, because of the designation as Protected Material, and finding good cause,

IT IS ORDERED that the Government's Motion to Seal (Dkt. #858) is GRANTED. Exhibits A and B to the United States' Response to Defendant's Motion to Suppress shall remain under seal.

DATED this 1st day of July, 2019.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1